Kjerstine A. JENNINGS, individually, Philip V. Jennings, as Temporary Conservator for and on behalf of Kjerstine A. Jennings, protected person and the Estate of Kjerstine A. Jennings, and Philip V. Jennings, individually, Petitioners,

v.

SOUTHWEST COLORADO MENTAL HEALTH CENTER, INC., a Colorado corporation, and William Plotkin, Ph.D., Respondents.

No. 88SC442.

Supreme Court of Colorado, En Banc.

Nov. 1, 1989.

Rehearing Denied Nov. 20, 1989.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari be DENIED AS HAVING BEEN IMPROVIDENTLY GRANTED.

BY THE COURT, EN BANC, NOVEMBER 1, 1989.